IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 23-70346-JAD |
| | : | |
| **Adrienne Moldow,** | : | Chapter 7 |
| | : | |
| Debtor | : | |
| | : | Related to Document No. 9 |
| **Adrienne Moldow,** | : | |
| | : | FILED |
| Movant | : | 10/20/23 12:19 pm |
| | : | CLERK |
| vs. | : | U.S. BANKRUPTCY |
| | : | COURT - WDPA |
| Eric E. Bononi, **Esquire,** | : | |
| Chapter 7 Trustee, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this ___20th____ day of __October_____, **2023**, upon

consideration of the Motion of the above reference Debtor(s), praying for an extension of

time within which to Complete the Bankruptcy Filing, and it appearing from the Motion

that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file her

Completed Schedules, Pay Advices and Declaration Regarding Electronic Filing be

hereby extended to and including October 30, 2023.

BY THE COURT:

_____ jsf

Hon. Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 23-70346-JAD

Adrienne Moldow                                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

**Recip ID          Recipient Name and Address**
db                  +  Adrienne Moldow, 400 Fordhook Avenue, Johnstown, PA 15904-2311

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023                         Signature:             /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

**Name**                                          **Email Address**

Brian Nicholas
                            on behalf of Creditor LOANDEPOT.COM  LLC bnicholas@kmllawgroup.com

Eric E. Bononi
                            bankruptcy@bononilaw.com  pa69@ecfcbis.com

Lawrence W. Willis
                            on behalf of Debtor Adrienne Moldow ecf@westernpabankruptcy.com
                            urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
                            ustpregion03.pi.ecf@usdoj.gov

TOTAL: 4