### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-70346-JAD |
| | : | |
| **Adrienne Moldow** | : | Chapter 7 |
| Debtor | : | |
| | : | |
| **Adrienne Moldow** | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Adrienne Moldow**, hereby state as follows:

1. I operate a part-time delivery business and I earn average business income in the amount of $1,400.00 per month.

2. I receive Social Security Benefits in the amount of $1,1236.00 per month.

3. I receive Pension Income in the amount of $176.50 per month.

4. I have filed income tax returns for the years 2019 – 2022.

5. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>October 26, 2023</u>                                    /s/ **Adrienne Moldow**
                                                                                                  **Adrienne Moldow**
                                                                                                      Debtor