Certificate Number: 05781-PAW-DE-038059852

Bankruptcy Case Number: 23-70346



05781-PAW-DE-038059852

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>January 1, 2024</u>, at <u>1:19</u> o'clock <u>PM PST</u>, <u>Adrienne Moldow</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date: <u>January 1, 2024</u>　　　By: <u>/s/Allison M Geving</u>

　　　　　　　　　　　　　　　Name: <u>Allison M Geving</u>

　　　　　　　　　　　　　　　Title: <u>President</u>